# JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

February 22, 2021

**Via ECF**

Hon. Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

VOSR proceeding adjourned to 3/25/21 at 3:30 pm.

SO ORDERED.

_Cathy Seibel_
CATHY SEIBEL, U.S.D.J.    2/22/21

**Re: <u>United States v. Christine Hong,</u> 11 Cr. 690 (CS)**

Dear Judge Seibel,

This letter is respectfully submitted to request that the Violation of Supervised Release Hearing scheduled before the Court on February 23, 2021 be adjourned for two-weeks or to a date thereafter convenient for the Court.

As the Court is aware, there are pending state charges for the underlying conduct herein. The undersigned has been informed that the state charges referred to in the Violation Report will be dismissed on Ms. Hong's next state court date – March 3, 2021. While we are confident in the dismissal, we are attempting to secure any reports generated in the state case in order to properly assess how to proceed on the violation. We are further informed that Ms. Hong has been in strict compliance with the Court's directives issued during the last conference.

Both the Government and Probation have no objection to the instant request.

Thank you for your courtesy and consideration.

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

Olga Zverovich
*Assistant United States Attorney*

Lauren M. Blackford
*United States Probation Officer*